**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Peter A. Ford            BK NO. 25-02389 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Matthew Fissel
                                        Matthew Fissel
                                        29 Aug 2025, 12:22:08, EDT

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        215-627-1322

Document ID: 100da8544b1e071b068109764f7d64b05a5ad165080bb7b9d54025580212apa0
Case 5:25-bk-02389-MJC    Doc 10    Filed 08/29/25    Entered 08/29/25 17:03:21    Desc
Main Document     Page 1 of 1