Certificate Number: 12433-PAM-DE-040208565

Bankruptcy Case Number: 25-02389



12433-PAM-DE-040208565

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 17, 2025, at 12:24 o'clock AM EDT, Peter Anthony Ford completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 17, 2025

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher